IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 1 5 2013

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CRIMINAL NO. **B-13-487-01** |
| **Abraham Puente** | § | |

### ORDER

BE IT REMEMBERED on this _15th_ day of _August_, 2013, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed **July 19, 2013**, wherein the defendant **Abraham Puente** waived appearance before this Court and appeared before the United States Magistrate Judge **Felix Recio** for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The magistrate judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant **Abraham Puente** to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and is hereby adopted. The Court finds the Defendant **Abraham Puente guilty of the offense of possession with intent to distribute more than 100 kilograms, that is, approximately 144 kilograms (316.8 pounds) of marihuana, in violation of 21 U.S.C. § 841(a)(1), 841(b)(1)(B) and 18 U.S.C. § 2.**

SIGNED this the _15th_ day of _August_, 2013.

Hilda G. Tagle
Senior United States District Judge